THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v FREDERICK DIAZ, Respondent.

Submitted August 7, 2017; decided September 5, 2017

Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY ANNE GRADY FLORES, Appellant.

Submitted July 24, 2017; decided September 5, 2017

Motion by Reporters Committee for Freedom of the Press et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY ANNE GRADY FLORES, Appellant.

Submitted August 28, 2017; decided September 5, 2017

Motion by Daniel Finlay et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. One copy of the brief must be served within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE P. FRUMUSA, Also Known as JOHN DOE, Appellant.

Submitted July 24, 2017; decided September 5, 2017

Motion for reargument denied [*see* 29 NY3d 364 (2017)]. Motion for other relief dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3).

Judge FEINMAN taking no part.